IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 34. JPH, 3/5/2019 Distribution via ECF.

| | |
|---|---|
| STATE OF INDIANA, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:18-CV-3556-JPH-TAB |
| | ) |
| v. | ) |
| | ) |
| FRANCISCAN ALLIANCE, INC. d/b/a | ) |
| FRANCISCAN HEALTH CROWN POINT, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff the State of Indiana (the "State") and Defendant Franciscan Alliance, Inc. d/b/a Franciscan Health Crown Point ("Franciscan"), by their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree to the dismissal of this cause, with prejudice. In support hereof, the parties state as follows:

1. The State originally filed this action in Marion County Superior Court, Case No. 49D14-1810-PL-042523 (the "Lawsuit").

2. Franciscan removed the Lawsuit to this Court on November 14, 2018.

3. There are currently several motions pending before this Court, including Franciscan's Motion to Dismiss the State's Amended Complaint, Franciscan's Motion For Attorneys' Fees, and the State's Motion to Remand the Lawsuit back to state court.